THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYLE POLLOCK, Appellant. [820 NYS2d 834]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered November 19, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.